1  Robert P. Zahradka (SBN 282706)
   rzahradka@aldridgepite.com
2  Joseph C. Delmotte (SBN 259460)
   jdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
6
   Attorneys for  Movant
7  Wells Fargo Bank, N.A.

8

9           **UNITED STATES BANKRUPTCY COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| 11 | In re | Case No. 1:15-bk-11350-VK |
|---|---|---|
| 12 | PEDRAM SHIRZAD, | Chapter 7 |
| 13 | Debtor. | **NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| 14 | | |
| 15 | | **Hearing**: |
| 16 | | Date:   February 10, 2016<br>Time:  9:30 a.m.<br>Ctrm:   301 |
| 17 | | |
| 18 | | 21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |
| 19 | | |

20     **TO ALL INTERESTED PARTIES:**

21     **PLEASE TAKE NOTICE** that a continued hearing on Wells Fargo Bank, N.A.'s Motion

22  for Relief from the Automatic Stay ("Movant"), filed herein on November 18, 2015, as *Docket No.*

23  *57*, will be held on February 10, 2016, at 9:30 a.m., in Courtroom 301 of the above-captioned court,

24  located at 21041 Burbank Boulevard, Woodland Hills, CA 91367. This Notice continues the

25  previous hearing held on December 9, 2015.

26  /././

27  /././

28  /././

- 1 -    CASE NO. 1:15-bk-11350-VK
**NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

1     The Motion is based on the Motion, the pleadings and papers on file herein, and upon such

2 oral and documentary evidence as may be presented by interested parties at the hearing.

3                                    ALDRIDGE PITE, LLP

5 Dated: December 11, 2015          /s/ *Robert P. Zahradka* (SBN 282706)
                                       Attorneys for Movant Wells Fargo Bank, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 18, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**DEBTOR'S ATTORNEY:** Leslie A Cohen leslie@lesliecohenlaw.com
**CHAPTER 7 TRUSTEE:** David Seror (TR) mtzeng@ebg-law.com
**CHAPTER 7 TRUSTEE'S ATTORNEY:** Rosendo Gonzalez rossgonzalez@gonzalezplc.com
**U.S. TRUSTEE:** United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
**ECF PARTY:** Edward G Schloss egs2@ix.netcom.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) December 18, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:** Honorable Victoria S. Kaufman, 21041 Burbank Blvd, Woodland Hills, CA 91367-6606
**DEBTOR:** Pedram Shirzad, 14235 Dickens Street, Unit 8, Sherman Oaks, CA 91423
**LIENHOLDER:** Bay View Loan Servicing, 4425 Ponce De Leon Blvd. 4th Floor, Coral Galbes, FL 33146

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2015 | Ashley R. Ballenger | /s/ ASHLEY R. BALLENGER |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**