EDWARD G. SCHLOSS CA Bar No. 102858
LIOR KATZ CA Bar No. 284559
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
(310) 733-4488
B25404/lk

Attorneys for Movant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PEDRAM SHIRZAD,<br><br>                Debtor. | Bk. No.: 1:15-bk-11350-VK<br><br>Chapter 7<br><br>STIPULATION MODIFYING THE AUTOMATIC STAY AND ALLOWING MOVANT TO PROCEED WITH *RECORDING A NOTICE OF DEFAULT* AND CONTINUING HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362<br><br>Hearing:<br>Date:  February 17, 2016<br>Time:  9:30 a.m.<br>Ctrm:  301<br>Place:  21041 Burbank Blvd.<br>          Woodland Hills, CA 91367<br><br>Honorable Victoria S. Kaufman |

IT IS HEREBY STIPULATED between Movant BAYVIEW LOAN SERVICING, LLC ("Movant"), by and through its counsel, Edward G. Schloss, and the Chapter 7 Trustee David Seror ("Chapter 7 Trustee"), by and through his counsel, Rosendo Gonzales (collectively known as "Parties"), as follows:

///

1

1    Movant holds the first deed of trust against the subject real property located at

2    **16027 Dickens Street, Encino, CA 91436** ("subject property" herein). Movant's deed of

3    trust, recorded on February 12, 2004, secures a Note dated January 27, 2004, in the

4    original principal amount of $650,000.00.

5    On January 27, 2016, Movant filed a Motion for Relief from the Automatic Stay

6    (docket entry #74) ("Motion"). On February 1, 2016, the Chapter 7 Trustee filed an

7    Opposition to the Motion, which provides that the Chapter 7 Trustee seeks an opportunity

8    to market and sell the subject property. The Chapter 7 Trustee indicated that there is

9    sufficient equity in the subject property to pay Movant's claim in full from the sale, and

10    generate money for the estate. The Chapter 7 Debtor has not timely filed any opposition

11    to the Motion, and Movant shall seek relief from stay as to the Debtor only by default.

12    THE PARTIES STIPULATE THAT in order to allow the Chapter 7 Trustee

13    sufficient time to market and attempt to sell the subject property, the hearing on

14    Movant's Motion for Relief from the Automatic Stay shall be continued from February

15    17, 2016 at 9:30 a.m. to a date and time that is approximately six (6) months after the

16    February 17, 2016 hearing, to a date in August 2016, as the Court pleases.

17    THE PARTIES FURTHER STIPULATE THAT upon entry of the Order

18    approving the instant Stipulation, the automatic stay is hereby *modified* to allow Movant

19    to immediately proceed with recording a Notice of Default and Election to Sell against

20    the subject property; however, no Notice of Trustee's Sale or further foreclosure actions

21    (besides the recording of the Notice of Default and Election to Sell) shall take place

22    without further Order of this Court. At the time of the continued hearing on the Motion,

23    Movant may seek further Order of the Court for further modification of this automatic

24    stay to allow recordation of the Notice of Trustee's Sale and to conduct the trustee's sale

25    of the subject property, as well as other modification of the automatic stay.

26    THE PARTIES FURTHER STIPULATE THAT prior to the continued hearing in

27    August 2016 on this Motion, in the event escrow is opened by the Chapter 7 Trustee for

28    sale of the subject property prior to the continued hearing on this Motion, and a Motion

to Sell is filed by the Chapter 7 Trustee, Movant will not take further foreclosure actions until said either escrow is complete, or escrow is cancelled.

DATED: February 12, 2016

By _____
EDWARD G. SCHLOSS
Attorney for Movant

DATED: February 12, 2016

By _____
ROSENDO GONZALEZ
Gonzalez & Associates PLC
Attorney for Chapter 7 Trustee

Z:\LAW FILES\SIS\Stipulations\CONTSTIP.Shirzad.MFR.B25404.wpd