ROSENDO GONZALEZ (State Bar No. 137352)
GONZALEZ & GONZALEZ LAW, P.C.
530 S. Hewitt Street, Suite 148
Los Angeles, California 90013
Telephone (213) 452-0070
Facsimile (213) 452-0080
E-mail: rossgonzalez@gonzalezplc.com

Counsel for David Seror,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PEDRAM SHIRZAD,<br><br>            Debtor. | BK. No. 1:15-bk-11350-VK<br>    [Chapter 7]<br><br>CHAPTER 7 TRUSTEE'S GENERAL COUNSEL'S FIRST AND FINAL APPLICATION FOR FEES AND COSTS; DECLARATIONS OF DAVID SEROR AND ROSENDO GONZALEZ IN SUPPORT THEREOF<br><br><br>[To Be Scheduled] |

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES IN INTEREST:

Gonzalez & Gonzalez Law, P.C., fka Gonzalez & Associates, P.L.C. (the "Applicant"), general bankruptcy counsel for David Seror, the Chapter 7 trustee in this bankruptcy case (the "Trustee"), respectfully represents:

///

///

S:\home\3569\3569.046.fee application.wpd
3/12/19 RG                                    -1-

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION/BACKGROUND

A.    This case was commenced by Pedram Shirzad, the debtor in this bankruptcy case (the "Debtor"), with the filing of a voluntary Chapter 7 petition under the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, on April 17, 2015 [OFFICIAL DOCKET NO. 1].

B.    David Seror was appointed as the Chapter 7 trustee (the "Trustee")[OFFICIAL DOCKET NO. 2].

C.    In Schedules "A and "D," the Debtor disclosed an ownership interest [as "owner"] in a real property commonly described as 14235 Dickens Street, #8, Sherman Oaks, California 91423 (the "Sherman Oaks Property"), with a value of $720,000 and subject to two debts of $552,499.89 owing to Caliber Home Loans and $100,000 owing to Eduard Dneprovsky and Nelli Dneprovskaya, A Shirzad's parents [OFFICIAL DOCKET NO. 1].

D.    In Schedule "B," the Debtor disclosed ownership interest in various personal properties with a collective value of $10,650, including the following: (i) Chase account with a balance of $3,200, (ii) Wells Fargo account with a balance of $200, (iii) jewelry with a value of $150, and (iv) ownership interest in "Pedram Shirzad D.O., Inc." ("PSDO") with only the value of the Chase account [OFFICIAL DOCKET NO. 1].

///

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                              -2-

E. In Schedule "C," the Debtor claimed exemptions under Section 704 of the California Code of Civil Procedure, including the homestead exemption for the Sherman Oaks Property [OFFICIAL DOCKET NO. 1].

F. In Schedule "D," the Debtor disclosed, in addition to the debt owing for the Sherman Oaks Property, two debts in the amounts of $535,000 and $499,974, owing to Bay View Loan Servicing and Wells Fargo Bank, N.A. ("WFB"), respectively, for a real estate property commonly described as 16027 Dickens Street, Encino, California 91436 (the "Encino Property") [not disclosed in Schedule "A"] [OFFICIAL DOCKET NO. 1].

G. In Schedule "H," the Debtor represented that Cook was a co-debtor for debts owing to Semira Shirzad ("S. Shirzad") and to the Shirzad Family Trust (the "Family Trust") [OFFICIAL DOCKET NO. 1].

H. In Schedule "I," the Debtor represented that: (i) he was married, (ii) he was employed by Healthcare Partners Medical Group, (iii) his non-filing spouse was self employed by CRNA, and (iv) they had a monthly combined income of $21,000 [OFFICIAL DOCKET NO. 1].

I. In Schedule "J," the Debtor identified various monthly expenses, including $6,094 for "mortgages on other property" for the Encino Property [OFFICIAL DOCKET NO. 1].

J. In response to question no. 3 of the Statement of Financial Affairs, the Debtor disclosed various payments, including $4,302.52 to WFB [for the Encino Property] in January, February and March 2015 [OFFICIAL DOCKET NO. 1].

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                              -3-

K.   In response to question no. 10 of the Statement of Financial Affairs, the Debtor represented that he had not transferred any property to anyone with 2 years nor had he transferred any property to a self-settled trust within 10 years [OFFICIAL DOCKET NO. 1].

L.   On June 17, 2015, the Debtor filed amended Schedules "D" and "F," changing the two debts with respect to the Encino Property from secured to unsecured, based on the fact that although he was liable on those debts he was not the owner of the property that secured them [OFFICIAL DOCKET NO. 16].

M.   On June 17, 2015, the Debtor also filed amended Schedules "I" and "J": (i) increasing his monthly income to $18,000, (ii) identifying $2,100 as his non-filing spouse's net monthly income from A. Shirzad's separate rental property or operation of a business, (iii) increasing his non-filing spouse's income to $10,000.00, (iv) identifying $6,074 in monthly expenses for "mortgages on other property" for the Encino Property, and (vi) disclosing $2,772.56 for "expenses for wife's separate property" [OFFICIAL DOCKET NO. 16].

N.   On September 3, 2015, the Debtor filed second amended Schedules "I" and "J": (i) increasing his monthly income to $18,328.77, (ii) identifying $6,405.13 as his non-filing spouse's net monthly income and attaching a detailed accounting of A. Shirzad's income and expenses for her business and her separate rental property, and (iii) removing any reference to household expenditures for "expenses for wife's separate property," as that section as previously filed was in error [as the Debtor contends][OFFICIAL DOCKET NO. 32].

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                        -4-

O.    March 31, 2016, was set as the deadline for filing claims.  One (1) claim was filed in the amount of $733,922.58.

## II.

## LEGAL REPRESENTATION OF TRUSTEE/BANKRUPTCY ESTATE

A.    On September 11, 2015, the Trustee filed and served an application to employ Gonzalez & Associates, P.L.C. [now known as Gonzalez & Gonzalez Law. P.C.], as his general bankruptcy counsel(the "Employment Application")[OFFICIAL DOCKET NO. 35].

B.    The Employment Application was granted by this Court by an order entered on October 8, 2015 (the "October 2015 Order")[OFFICIAL DOCKET NO. 48].  The employment was made effective as of September 8, 2015.  A copy of the October 2015 Order is attached hereto and is incorporated herein as Exhibit "1."

C.    This is Applicant's first and final application for compensation in this case.  It covers the period from September 8, 2015, to March 12, 2019 (the "Reporting Period").

D.    **The Applicant is requesting the approval of fees in the amount of $30,595, and costs in the amount of $1,491.45 for the Reporting Period.**

E.    To the best of Applicant's knowledge, there will be other applications for compensation made by the Trustee and the Trustee's accountant.

F.    The Trustee presently has approximately **$242,906.19** in this bankruptcy estate for distribution to the holders of allowed claims.

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                                    -5-

III.

## LEGAL SERVICES

The details of Applicant's services are set forth in Exhibit "2" to this application.

Without limiting the details given in Exhibit "2", Applicant respectfully describes its legal work in this case as follows:

A.    **Case Background/General ("Activity Code No. 1")**.

1.    Applicant records its time by numerous "activity codes" which, for the most part, track the activity codes provided in the United States Trustee's Guidelines for the Central District of California.  That is, the Applicant has established its computerized billing system and time keeping in accordance with said Guidelines.  Activity Code ".01" covers "general type of work" performed in a bankruptcy case.

2.    Applicant uses this activity code for a variety of tasks that regularly occur in the representation of a Chapter 7 trustee.  It includes the general case administration and rendering legal advise in a bankruptcy case that are not otherwise covered by other more specific activity codes.

3.    There was no work performed under this activity code in this case.

///

///

///

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                    -6-

**B.**   **Asset Analysis and Recovery (Activity Code ".02").**

1.   Activity Code ".02" covers "Asset Analysis and Recovery".

2.   Applicant used this activity code to describe the services in investigating and seeking to recover assets of the estate.

3.   This Activity Code includes a substantial amount of the time and services rendered by Applicant on behalf of the bankruptcy estate in seeking to determine and recover assets of the estate.

4.   As part of those efforts, the Applicant had to prepare and oppose various motions for relief from stay regarding the real estate properties wherein the bankruptcy estate had and/or potentially had an ownership interest.  In that respect, the Applicant prepared an opposition and evidentiary objections to Wells Fargo Bank's motion as to the Encino Property [OFFICIAL DOCKET NOS. 59 & 60].  In addition, the Applicant prepared an opposition and evidentiary objections to Bayview Loan Servicing's motion as to the Encino Property [OFFICIAL DOCKET NOS. 76 & 77].

5.   The motions for relief from stay were later resolved by stipulations [OFFICIAL DOCKET NOS. 85 & 86].  The efforts and time rendered in protecting those properties led to the eventual settlement resulting in the recover of funds for the benefit of the bankruptcy estate.

6.   As part of this activity code, the Applicant prepared and filed on an emergency basis a motion for turnover of the Encino Property due to the Debtor's refusal to allow the

P:\home\3569\3569.046.fee application.wpd
3/12/19  RG                                    -7-

bankruptcy estate's efforts to market the Encino Property [OFFICIAL DOCKET NO. 81].  That dispute was later resolved by a settlement as part of one of the adversary proceedings.

7.    During the Reporting Period, Applicant spent 17.80 hours expended within this activity code at time valued at $7,160.

C.    **Asset Disposition (Activity Code ".03")**.

1.    This activity code includes work relating to sales, leases, abandonment of properties and related work.

2.    Prior to the settlements approved by this Court (as discussed in more detail herein below), there were efforts and services rendered in efforts to possibly sell the two real estate properties.

3.    During the Reporting Period, Applicant spent 0.40 hours expended within this activity code at time valued at $160.

D.    **Business Operations (Activity Code ".04")**.

1.    This activity code includes work relating to business issues in a bankruptcy case.

2.    There was no work performed under this activity code in this case.

///
///
///
///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                              -8-

**E.** **Case Administration (Activity Code ".05").**

1. This activity code includes work relating to the coordination and compliance with the requirements and guidelines of the Office of the United States Trustee. It includes services assisting the Trustee in the administration of this case.

2. This activity code includes the initial work (rendered on an emergency basis) seeking to continue the deadline to object to the discharge of the debts under Section 727 of the Bankruptcy Code. In that respect, a stipulation was initially approved by this Court on July 17, 2015, continuing that deadline [OFFICIAL DOCKET NO. 23]. However, and due to the Debtor's refusal to enter into a second stipulation, the Applicant submitted on emergency basis a motion to continue that deadline on September 11, 2015 [OFFICIAL DOCKET NO. 37]. That motion was granted by an order entered on October 19, 2015 [OFFICIAL DOCKET NO. 53].

3. During the Reporting Period, Applicant spent 3.50 hours expended within this activity code at time valued at $1,400.

**F.** **Claims Administration (Activity Code ".06").**

1. This activity code includes responding to specific claim enquiries of creditors of the Debtor.

2. There was no work performed under this activity code so far in this case.

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                    -9-

**G.      Employee Benefits/Pensions (Activity Code ".07")**.

1.      Activity Code ".07" covers issues such as severance, retention, 401K coverage and the continuance of pensions plans.

2.      There was no work performed under this activity code so far in this case.

**H.      Fee/Employment Applications (Activity Code ".08")**.

1.      Activity "08" is used to record time spent by the Applicant with respect to employment and compensation of professionals in this case and any related issues.

2.      On September 11, 2015, the Applicant filed and served an application to employ Gonzalez & Associates, P.L.C. [now known as Gonzalez & Gonzalez Law. P.C.], as his general bankruptcy counsel(the "Employment Application")[OFFICIAL DOCKET NO. 35].

3.      The Employment Application was granted by this Court by an order entered on October 8, 2015 [OFFICIAL DOCKET NO. 48].

4.      On January 4, 2016, the Applicant filed and served an application to employ Coldwell Banker and Match Realty USA as the Trustee's co-real estate brokers in this case (the "Brokers' Employment Application")[OFFICIAL DOCKET NO. 66].

5.      The Brokers' Employment Application was granted by this Court by an order entered on February 3, 2016 [OFFICIAL DOCKET NO. 79].

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                          -10-

6. This category also includes the time spent by the Applicant in the preparation of this Fee Application.

7. During the Reporting Period, Applicant expended 7.70 hours within this activity code, time valued at $2,035.

**I. Fee/Employment Objections (Activity Code ".09").**

1. Activity Code ".09" covers the review and objections to fee applications of other professionals involved in a bankruptcy case.

2. There was no work performed under this activity code so far in this case.

**J. Financing (Activity Code ".10").**

1. Activity Code ".10" covers matters relating to sections 361, 363 and 364 of the Bankruptcy Code, including cash collateral, secured claims, financing and loan documentation analysis.

2. There was no work performed under this activity code in this case.

**K. Meeting Of Creditors (Activity Code ".11").**

1. Activity Code ".11" covers relates to the time spent with respect to preparing and attending the meeting of creditors.

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                          -11-

2.    There was no work performed under this activity code in this case.

**L.    Plan/Disclosure Statement (Activity Code ".12").**

1.    Activity Code ".12" covers the formulation, presentation and confirmation of a plan of reorganization.

2.    There was no work performed under this activity code in this case.

**M.    Misc Litigation (Activity Code ".13").**

1.    Activity Code ".13" covers litigation that may be rendered on behalf of the estate.

2.    There was no work performed under this activity code in this case.

**N.    S. Shirzad/Family Trust Litigation (Activity Code ".14").**

1.    Activity Code ".14" covers litigation regarding seeking to avoid and recover fraudulent transfer.

2.    On January 26, 2016, the Trustee commenced an adversary proceeding (Adv. No. 1-15-ap-01014-VK) against the Family Trust and Semira Shirzad, the Debtor's spouse ("S. Shirzad")(collectively, the "Family Trust Defendants") seeking to avoid and recover fraudulent transfers [with respect to the Encino Property] pursuant to Sections 544, 548 and 550 of the

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                    -12-

Bankruptcy Code, seeking to recover damages under the doctrine of unjust enrichment/restitution and seeking to sell the Encino Property pursuant to Section 363(h) of the Bankruptcy Code [OFFICIAL DOCKET NO. 72].

3. The Applicant conducted informal discovery obtaining a number of documents in relation to the alleged fraudulent transfer. There were also numerous communications with counsel for the Family Trust Defendants about the underling facts and contentions.

4. On March 15, 2016, the Applicant prepared and filed the Trustee's motion seeking the approval of a compromise entered with the Family Trust Defendants [OFFICIAL DOCKET NO. 94]. As part of the settlement, the Family Trust Defendants agreed to pay $110,000.

5. There was an objection filed by a creditor to the proposed compromise [OFFICIAL DOCKET NO. 97]. The Applicant prepared and submitted a response [OFFICIAL DOCKET NO. 99]. The creditor's objection was overruled and the compromise was approved by this Court by an order entered on August 31, 2016 [OFFICIAL DOCKET NO. 122].

6. During the Reporting Period, Applicant expended 29.50 hours within this activity code, time valued at $11,800.

O. **Dneprovksy Litigation (Activity Code ".15")**.

1. Activity Code ".15" covers litigation regarding seeking to avoid and recover fraudulent transfer.

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                              -13-

2.    On March 23, 2016, the Trustee commenced a second adversary proceeding (Adv. No. 1-16-ap-01035-VK) against Eduard Dneprovsky and Nelli Dneprovskaya, the Debtor's in-laws, seeking to avoid and recover preferential and fraudulent transfers [the August 2014 Deed] pursuant to Sections 544, 547, 548 and 550 of the Bankruptcy Code, seeking automatic preservation of avoided transfer [$100,000 value of the August 2014 Deed] pursuant to Section 551 of the Bankruptcy Code and seeking to sell the Sherman Oaks Property pursuant to Section 363(h) of the Bankruptcy Code [OFFICIAL DOCKET NO. 96].

3.    The Applicant conducted informal discovery obtaining a number of documents in relation to the alleged fraudulent transfer.   There were also numerous communications with counsel for the defendants about the underling facts and contentions.

4.    On August 4, 2016, the Applicant prepared and filed the Trustee's motion seeking the approval of a compromise entered with the defendants [OFFICIAL DOCKET NO. 111].   As part of the settlement, the defendants agreed to pay $70,008.   The compromise was approved by this Court by an order entered on August 31, 2016 [OFFICIAL DOCKET NO. 123].

5.    During the Reporting Period, Applicant expended 20.10 hours within this activity code, time valued at $8,040.

///

///

///

///

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                        -14-

**IV.**

**<u>COMPENSATION</u>**

A.    Applicant is keenly aware of the standards for professional compensation and the preparation of fee applications.  In particular, applicant is aware of Guidelines A & B issued by the Office of the United States Trustee on May 15, 1992, for the Central District of California.  As a result, the Applicant has made every possible effort to tailor its record keeping system to the United States Trustee's requirements.

B.    Exhibit "2" provides the detail of Applicant's services chronologically, within each activity code.  Exhibit "2" also includes summaries for each activity code, showing the attorneys rendering services to that task, the amount of time devoted to it by each of them and the total fees attributable to services in that code.

C.    Following immediately below is a summary by attorney that crosses activity code lines.  That is, it shows the time spent, and by whom.  The following chart shows the total amount of time spent on the case by each attorney.

| Professional | Hours | Rate | Extension |
|---|---|---|---|
| Rosendo Gonzalez ("RG") | 79.10 | $400/$450[1] | $30,595.00 |
| Total | 79.10 | | $30,595.00 |

---

[1] Mr. Gonzalez's hourly rate increased to $450 as of January 1, 2018.

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                                           -15-

D.   Applicant has thus expended 76.20 billable hours and 2.90 in non-billable hours of services during the subject period.

E.   The following chart presents an alternative view of Applicant's fees from September 8, 2015, to March 12, 2019, namely one showing time spent (and fee extension) on each of the activity codes in this case.

| Activity | Code | Professional Hours | Total Fees |
|---|---|---|---|
| General | .1 | None | N/A |
| Asset Analysis and Recovery | .2 | 17.90 | $7,160.00 |
| Asset Disposition | .3 | 0.40 | $160 |
| Business Operations | .4 | None | N/A |
| Case Administration | .5 | 3.50 | $1,400.00 |
| Claims Administration and Objections | .6 | None | N/A |
| Employee Benefits/ Pensions | .7 | None | N/A |
| Fee/Employment Applications | .8 | 7.70 | $2,035.00 |
| Fee/Employment Objections | .9 | None | N/A |
| Financing | .10 | None | N/A |
| Meetings of Creditors | .11 | None | N/A |
| Plan and Disclosure Statement | .12 | None | N/A |
| Misc. Litigation | .13 | None | N/A |
| S. Shirzad Adv. | .14 | 29.50 | $11,800.00 |
| Dneprovsky Adv. | .15 | 20.10 | $8,040.00 |
| Totals | | 79.10 | $30,595.00 |

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                    -16-

F.    Biographical data for the professionals rendering services to this estate is as follows:

(1)   **Rosendo Gonzalez**.   Mr. Gonzalez was admitted to the Texas bar in 1987 and to the California bar in 1988.   He holds degrees from the University of Houston (B.A. 1984) and the University of Houston Law School (J.D. 1987).   Mr. Gonzalez served as a summer extern to the Honorable Manuel D. Leal of the United States Bankruptcy Court, Southern District of Texas.   He is a member of the American Bar and Los Angeles County Bar Associations (Business and Litigation Sections).   Mr. Gonzalez is also a member of the Financial Lawyers Conference, Los Angeles Bankruptcy Forum and the B'Nai Brith Anti-Defamation League.

Mr. Gonzalez was the president of the Cuban-American Bar Association (California) between 1997 and 1999.

Mr. Gonzalez is also a Chapter 7 trustee to the panel for the United States Bankruptcy Court for the Central District of California.

G.    All of Applicant's services were promptly and efficiently performed, were necessary and were of value to the estate.   Applicant believes that final compensation awarded herein will ultimately take account of the quality of services rendered, the results obtained, the complexity of the work, the circumstances relative to emergency demands and indeed all the circumstances identified in Applicant's employment application.

H.    **Applicant's services resulted in a substantial benefit to the estate in the amount recovered in excess of $242,000.**   All things considered, Applicant believes it should be awarded the

///

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                                -17-

full hourly extension of its reported time as compensation in this case.

I.   Applicant also requests that its costs incurred during the Reporting Period be paid.  Applicant's costs incident to its legal services during the Current Reporting Period, totaling $1,491.45, are detailed both chronologically and by category as part of Exhibit "2".  In this connection, the Applicant seeks reimbursement of its expenses at the following rates: (i) copying: actual cost or whatever the amount paid for outside copying services; (ii) facsimile: no extra charge; (iii) miles traveled: $.49 per mile; and (iv) postage: cost charged for Federal Express or U.S. Postal Services.

J.   No arrangement has been made, directly or indirectly, and no understanding exists, for a division of compensation herein between the Applicant and any other person, contrary to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or any other provision of federal or state law.

WHEREFORE, the Applicant prays that it be awarded **$30,595 in total fees** for the services rendered as general bankruptcy counsel for the Trustee and for reimbursement of **total costs advanced in the amount of $1,491.45.**

DATED:  March 12, 2019            GONZALEZ & GONZALEZ LAW
                                  Professional Corporation


                                  By:_____
                                      ROSENDO GONZALEZ
                                      Attorneys for David Seror, Chapter
                                      7 Trustee

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                          -18-

## DECLARATION OF DAVID SEROR

I, David Seror, declare as follows:

1.    I am the Chapter 7 trustee for the bankruptcy estate of Pedram Shirzad, the debtor in this bankruptcy case (the "Debtor").  My general counsel in this case is Gonzalez & Gonzalez Law, P.C., fka Gonzalez & Associates, P.L.C. (the "Applicant").

2.    I have personal knowledge of the following and if called upon to testify I could and would do so competently.

3.    I have read and reviewed the Applicant's final application for fees and costs.  I have no objection to the Applicant's request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___12___ day of March, 2019, at Woodland Hills, California.

_____
DAVID SEROR

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                    -19-

## DECLARATION OF ROSENDO GONZALEZ

I, Rosendo Gonzalez, declare:

1.    I am an attorney, duly admitted to practice before this United States Bankruptcy Court.  I am a principal of Gonzalez & Gonzalez Law, P.C., fka Gonzalez & Associates, P.L.C, general bankruptcy counsel for David Seror, the Chapter 7 trustee in this case (the "Trustee").

2.    I have read the foregoing application for compensation, know the contents thereof, and I certify that it is true of my own knowledge, except as to those matters therein which may be stated upon information and belief.  I believe such statements to be true.

3.    Attached hereto as Exhibit "1" is a copy of the firm's employment order.

4.    I have read and am familiar with all the United States Trustee's Guidelines for Practice in this district.

5.    This firm has adopted each of the activity codes suggested in Guideline B of the Office of the United States Trustee for the Central District of California.

6.    The firm professionals record time as the services in question are rendered and in such a way as to segregate time among the several activity codes.  Attached hereto as Exhibit "2" is a detailed schedule of all services rendered in this case during the current reporting period, chronologically within each activity code.

///

///

P:\home\3569\3569.046.fee application.wpd
3/12/19  RG                          -20-

7.    I believe the firm's timekeeping practices and this fee application comply with Guidelines of this District in all material respects.  Although not every form of reconfiguring and summarizing the data which is referred to in the Guidelines is reproduced here, the information provided is complete and has been reconciled.  The time and expense entries can be resorted and compiled differently if the need arises.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of March, 2019 at Los Angeles, California.

_____
ROSENDO GONZALEZ

P:\home\3569\3569.046.fee application.wpd
3/12/19 RG                    -21-

# EXHIBIT 1

ROSENDO GONZALEZ (State Bar No. 137352)
GONZALEZ & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone: (213) 452-0071
Facsimile: (213) 452-0080
E-mail: rossgonzalez@gonzalezplc.com

Proposed Counsel for David Seror,
Chapter 7 Trustee

> **FILED & ENTERED**
>
> **OCT 08 2015**
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY Pgarcia   DEPUTY CLERK

## CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | BK No. 1:15-bk-11350-VK |
| | [Chapter 7] |
| PEDRAM SHIRZAD, | |
| | ORDER GRANTING TRUSTEE'S |
| Debtor. | APPLICATION TO EMPLOY GONZALEZ |
| | & ASSOCIATES, P.L.C. AS |
| | BANKRUPTCY COUNSEL |
| | |
| | |
| | |
| | [No Hearing Scheduled Pursuant |
| | to Local Bankruptcy 9013- |
| | 1(o)(1)] |

The application of David Seror, the Chapter 7 trustee in this bankruptcy case (the "Trustee"), seeking to employ Gonzalez & Associates, P.L.C. ("G&A"), as his general bankruptcy counsel in this case (the "Trustee's Employment Application")(the "Trustee's Employment Application"), came without a hearing pursuant to Local Bankruptcy Rule 9013-1 before the Honorable

-1-

Order#107967#f53044fa-f0c1-462f-9431-4e9d92b19a56
10/8/2015 RG

Victoria S. Kaufman United States Bankruptcy Judge presiding.

Based on the evidence presented, including the concurrently submitted declaration attesting that no objections or oppositions were received to the Trustee's Employment's Application, and good cause appearing therefore, it is hereby

ORDERED:

1. The Trustee's Employment Application is granted.

2. The Trustee is authorized to employ the firm of Gonzalez & Associates, A Professional Law Corporation, as his general bankruptcy counsel in this case, for the purposes set forth in the Application and pursuant to Section 327 of the Bankruptcy Code, and generally, effective as of September 8, 2015. Compensation will be awarded by the Court upon appropriate application, and after notice and a hearing. All of the factors described in the application *may* be considered in determining just compensation.

#   #   #

Date: October 8, 2015

Victoria S. Kaufman
United States Bankruptcy Judge

-2-
Order#107967#f53044fa-f0c1-462f-9431-4e9d92b19a56
10/8/2015 RG

# EXHIBIT 2

Gonzalez & Gonzalez Law
Professional Corporation
530 South Hewitt Street, Unit 148
Los Angeles, CA 90071

Invoice submitted to:
David Seror, Chapter 7 Trustee

March 12, 2019

Invoice #12795

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Asset Analysis & Recovery** | | |
| 2/10/2016 | RG | Tel. conference with B. Friedman re: WF motion for relief hearing; showing property | 0.30 400.00/hr | 120.00 |
| | | Asset Analysis & Recovery | | |
| | RG | Review three letters from T. Garan re: Wells Fargo motion for relief; court hearing; potential buyer; disclosure.  Draft responses re: same.  Draft letter to client re: same | 0.40 400.00/hr | 160.00 |
| | | Asset Analysis & Recovery | | |
| 2/5/2016 | RG | Prepare proposed order for emergency motion seeking access and turnover to Encino Property pursuant to Sections 541 and 542 of the Bankruptcy Code | 0.30 400.00/hr | 120.00 |
| | | Asset Analysis & Recovery | | |
| | RG | Review 5 letters from D. Seror, B. Friedman and B. Kirnik re: efforts to market and sell Encino property. S. Shirzad non cooperation, purchase interest.  Draft responses re: same; strategy | 0.40 400.00/hr | 160.00 |
| | | Asset Analysis & Recovery | | |
| 2/2/2016 | RG | Conference with E. Schloss re; Byaview motion for relief; resolution proposal.  Review Schloss letter re: same; draft response letters to Schloss and client | 0.50 400.00/hr | 200.00 |
| | | Asset Analysis & Recovery | | |

David Seror, Chapter 7 Trustee

Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/5/2016 RG | Research law to seek to have emergency access and turnover to Encino Property | 0.70<br>400.00/hr | 280.00 |
|  | Asset Analysis & Recovery |  |  |
| 12/31/2015 RG | Review 9 letters from L. Cohen and J. Williams, B. Friedman, B. Kupnick and client re: Dickens property; trustee's efforts to market and sell; cooperation for access to property; estate's interest. Draft responses re: same. Tel. conference with B. Friedman re: same | 1.00<br>400.00/hr | 400.00 |
|  | Asset Analysis & Recovery |  |  |
| 9/8/2015 RG | Review client's two letters, pleadings filed in this case including petition, schedules, amended schedules and complaint. Draft response to client's letter re: same | 1.70<br>400.00/hr | 680.00 |
|  | Asset Analysis & Recovery |  |  |
| 2/5/2016 RG | Prepare emergency motion seeking access and turnover to Encino Property pursuant to Sections 541 and 542 of the Bankruptcy Code; draft letter to D. Seror, B. Friedman and B. Kurnik re: same | 1.80<br>400.00/hr | 720.00 |
|  | Asset Analysis & Recovery |  |  |
| 12/10/2015 RG | Review L. Cohen letter re: property inspection clarification; draft response re: same | 0.10<br>400.00/hr | 40.00 |
|  | Asset Analysis & Recovery |  |  |
| 9/22/2015 RG | Review D. Seror's letter and appeal notice on the Cook case; draft response re: same | 0.20<br>400.00/hr | 80.00 |
|  | Asset Analysis & Recovery |  |  |
| 12/9/2015 RG | Review two letters from client to L. Cohen and B. Friedman re: access and valuation for properties; draft responses re: same | 0.20<br>400.00/hr | 80.00 |
|  | Asset Analysis & Recovery |  |  |
| 2/8/2016 RG | Review letters from Trustee and E. Schloss; draft responses re: stipulation with Bayview Loan as to relief from stay | 0.20<br>400.00/hr | 80.00 |
|  | Asset Analysis & Recovery |  |  |
| 2/12/2016 RG | Review E. Schloss letter and stipulation as to Bayview motion for relief | 0.20<br>400.00/hr | 80.00 |
|  | Asset Analysis & Recovery |  |  |

David Seror, Chapter 7 Trustee

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2015 | RG | Prepare evidentiary objections in support of opposition to motion for relief | 0.40 400.00/hr | 160.00 |
| | | Asset Analysis & Recovery | | |
| 12/9/2015 | RG | Draft extensive letter to L. Cohen re: document production request; Rule 2004 meet and confer request | 0.70 400.00/hr | 280.00 |
| | | Asset Analysis & Recovery | | |
| 2/9/2016 | RG | Review debtor's opposition to emergency motion for access. Review S. Bereliani two letters and two letters from B. Kinik re: access to the property; draft response re; same; opposition to motion.  Draft letter to client and brokers re: same | 0.70 400.00/hr | 280.00 |
| | | Asset Analysis & Recovery | | |
| 2/10/2016 | RG | Court Appearance re: Wells Fargo motion for relief [courtcall] | 0.70 400.00/hr | 280.00 |
| | | Asset Analysis & Recovery | | |
| 12/9/2015 | RG | Court Appearance [telephonic] re: Wells Fargo motion for relief; draft letter to client and B. Friedman re: same | 0.80 400.00/hr | 320.00 |
| | | Asset Analysis & Recovery | | |
| 1/29/2016 | RG | Review letter from Trustee re: S. Shirzad refusal to cooperate; draft response; draft extensive letter to s. Shirzad re: Encino Property; motion for relief to foreclose, aversary proceeding; demand to cooperate; threat of turnover motion | 1.00 400.00/hr | 400.00 |
| | | Asset Analysis & Recovery | | |
| 1/25/2016 | RG | Preparation of declaration re: supplemental opposition to WFB motion for relief from stay and status of bk interest in Encino Property.  Draft letter to D. Seror re: same | 1.40 400.00/hr | 560.00 |
| | | Asset Analysis & Recovery | | |
| 11/30/2015 | RG | Review Wells Fargo motion for relief from stay; prepare opposition to motion for relief | 1.70 400.00/hr | 680.00 |
| | | Asset Analysis & Recovery | | |
| 1/28/2016 | RG | Review Bayview motion for relief from stay; prepare opposition to the motion; prepare evidentiary objections to the motion; draft letter to client re: same | 1.80 400.00/hr | 720.00 |
| | | Asset Analysis & Recovery | | |
| 5/26/2016 | RG | Review two letters from L. Cohen re: debtor and spouse payments; possible exposure; documents produced.  Review client's letter re: same.  Draft response letters re: same; Rule 2004 document and | 0.70 400.00/hr | 280.00 |

David Seror, Chapter 7 Trustee

Page    4

| | | Hrs/Rate | Amount |
|---|---|---|---|

examination

Asset Analysis & Recovery

| | | | |
|---|---|---|---|
| SUBTOTAL: | | [    17.90 | 7,160.00] |

Asset Disposition

| 2/16/2016 RG | Review B. Friedman letter and proposed sale offer; draft response re: same; draft letter to client re: same; strategy | 0.40 400.00/hr | 160.00 |

Asset Disposition

| | | | |
|---|---|---|---|
| SUBTOTAL: | | [    0.40 | 160.00] |

Case Administration

| 9/29/2015 RG | Review D. Seror's proposed declaration in response to opposition to motion; revised opposition; draft letter to D. Seror re: same | 0.40 400.00/hr | 160.00 |

Case Administration

| 9/10/2015 RG | Review 8 letters from L. Cohen and D. Seror; draft responses re: proposed continuance of deadlines under Sections 707 and 727 | 0.70 400.00/hr | 280.00 |

Case Administration

| 9/9/2015 RG | Review client's letter; prepare stipulation to continue deadlines under Sections727 and 707; draft letter to L. Cohen re: same | 1.20 400.00/hr | 480.00 |

Case Administration

| 9/27/2015 RG | Review debtor's opposition to motion to continue deadlines; draft letter to client re: same; prepare response to the opposition | 1.20 400.00/hr | 480.00 |

Case Administration

| | | | |
|---|---|---|---|
| SUBTOTAL: | | [    3.50 | 1,400.00] |

Dneprovsky Adversary Proceeding

| 3/11/2016 RG | Prepare and revise complaint against Denprovsky asserting 8 causes of action | 0.80 400.00/hr | 320.00 |

Dneprovsky Adversary Proceeding

| 3/9/2016 RG | Review documents as to Sherman Oaks Property; prepare complaint against Denprovsky seeking to avoid and recover preferential and fraudulent transfer | 1.60 400.00/hr | 640.00 |

David Seror, Chapter 7 Trustee                                                      Page      5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | Dneprovsky Adversary Proceeding |  |  |
| 1/19/2016 RG | Review documents produced by debtor as to Dronoposky loan; draft letter to Cohen re: same | 0.40 400.00/hr | 160.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 3/11/2016 RG | Review L. Cohen's letter re: settlement proposal as to debtor and inlaws; draft letter to client re: same.  Review client's letter re: settlement offer, 551 issue.  Draft letter to Cohen re: 551 issue | 0.40 400.00/hr | 160.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 7/1/2016 RG | Conference with client re: response to settlement counter offer as part of settlement agreement; strategy.  Draft response to L. Cohen re: same and debtor's spouse setltmeent | 0.40 400.00/hr | 160.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 6/16/2016 RG | Review Cohen's letter re: settlement agreement.  Draft letter to Seror re: same; strategy | 0.30 400.00/hr | 120.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 4/6/2016 RG | Review L. Cohen's settlement proposal; draft letter to client; draft letter to Cohen re: same | 0.30 400.00/hr | 120.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 6/3/2016 RG | Conference with L. Cohen re: settlement; continuance; related allegations | 0.40 400.00/hr | 160.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 6/6/2016 RG | Review two letters from L. Cohen re: settlement; continuance; related allegations as to debtor's spouse; settlement offer.  Draft response re: same.  Draft letter to client re: same; strategy for counter offer | 0.50 400.00/hr | 200.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 5/3/2016 RG | Travel to D. Seror's office for meeting with debtor and L. Cohen re: global settlement | 3.00 400.00/hr | 1,200.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 6/2/2016 RG | Conference with L. Cohen re: potential settlement; continuance; document production | 0.20 400.00/hr | 80.00 |
|  | Dneprovsky Adversary Proceeding |  |  |

David Seror, Chapter 7 Trustee                                                          Page      6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/3/2016 RG | Review L. Cohen letter re: document production; continuance of deadline; draft response re: same | 0.20 400.00/hr | 80.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 6/7/2016 RG | Review client's letter re: settlement; draft response re:same.   Draft letter to L. Cohen re: settlement proposal | 0.20 400.00/hr | 80.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 6/8/2016 RG | Review Cohen's letter re; settlement.  Draft response re: same | 0.20 400.00/hr | 80.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 9/2/2016 RG | Review J. Williams letter re: settlement payment; draft response re: same | 0.20 400.00/hr | 80.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 2/13/2017 RG | Conference with I. Cohen re: Sherman Oaks property; motion for relief from stay; settlement agreement | 0.20 400.00/hr | 80.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 3/30/2016 RG | Draft letter to D. Seror re: meeting with L. Cohen; allegations; possible settlement | 0.30 400.00/hr | 120.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 4/9/2016 RG | Review L. Cohen's letters re: settlement; request to meet; extension deadline to respond.  Draft responses re: same | 0.30 400.00/hr | 120.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 8/2/2016 RG | Preparation of pleadings re: notice of motion seeking approval of compromise | 0.30 400.00/hr | 120.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 3/20/2016 RG | Review J. Williams settlement proposal; review client's response; draft response re: same, strategy.  Revise complaint and draft letter to client re: same | 0.50 400.00/hr | 200.00 |
|  | Dneprovsky Adversary Proceeding |  |  |
| 5/25/2016 RG | Review two letters from L. Cohen and document production as to debtor's alleged liability; draft responses re: same; draft letter to client re: same | 0.50 400.00/hr | 200.00 |
|  | Dneprovsky Adversary Proceeding |  |  |

David Seror, Chapter 7 Trustee

Page    7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2016 | RG | Preparation of pleadings re: unilateral status report | 0.60<br>400.00/hr | 240.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 6/13/2016 | RG | Review L. Cohen's letter re: settlement agreement; draft response re: same.  Revise settlement agreement | 0.70<br>400.00/hr | 280.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 8/20/2016 | RG | Preparation of pleadings re: declaration and order approving compromise with Defendants | 0.80<br>400.00/hr | 320.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 3/16/2016 | RG | Review two letters from Williams and Cohen re: settlement; draft response re: same.   Prepare and revise complaint against debtor's inlaws | 1.00<br>400.00/hr | 400.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 3/30/2016 | RG | Meeting with L. Cohen re: lawsuit; allegations; defense; possible settlement; sale | 1.00<br>400.00/hr | 400.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 6/16/2016 | RG | Review closing of adversary proceeding; conference with Judge Kaufman's clerk; prepare declaration clarifying inadvertent closing and prepare order for dismissal on S. Shirzad adversary proceeding | 1.00<br>400.00/hr | 400.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 8/2/2016 | RG | Preparation of pleadings re: motion seeking approval of compromise; draft letter to client re: same | 1.60<br>400.00/hr | 640.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 6/8/2016 | RG | Preparation of pleadings re: settlement agreement; draft letter to J. Williams re: same | 1.70<br>400.00/hr | 680.00 |
| | | Dneprovsky Adversary Proceeding | | |
| 2/13/2017 | RG | Review I. Cohen's 2 letters re: Sherman Oaks property proposed refinance.  Draft extensive responses re: same; limitations imposed by two settlement agreements | 0.50<br>400.00/hr | 200.00 |
| | | Dneprovsky Adversary Proceeding | | |

SUBTOTAL:                                                      [      20.10        8,040.00]

David Seror, Chapter 7 Trustee

Page 8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Fee & Employment Applications | | | |
| 9/27/2015 RG | Prepare declaration and order for employment of counsel | | 1.00 400.00/hr | NO CHARGE |
| | Fee & Employment Applications | | | |
| 9/8/2015 RG | Prepare notice of application to employ counsel | | 0.30 400.00/hr | NO CHARGE |
| | Fee & Employment Applications | | | |
| RG | Prepare application to employ counsel | | 1.60 400.00/hr | NO CHARGE |
| | Fee & Employment Applications | | | |
| 12/31/2015 RG | Prepare notice of application to employ real estate brokers for the Dickents property | | 0.30 400.00/hr | 120.00 |
| | Fee & Employment Applications | | | |
| RG | Prepare application to employ real estate brokers for the Dickents property | | 1.50 400.00/hr | 600.00 |
| | Fee & Employment Applications | | | |
| 1/25/2016 RG | Preparation of pleadings re: declaration and order to employ real estate broker | | 0.70 400.00/hr | 280.00 |
| | Fee & Employment Applications | | | |
| 3/12/2019 RG | Prepare and revise first and final fee application | | 0.50 450.00/hr | 225.00 |
| | Fee & Employment Applications | | | |
| 3/8/2019 RG | Review time summaries to prepare fee application | | 0.30 450.00/hr | 135.00 |
| | Fee & Employment Applications | | | |
| RG | Prepare first and final fee application | | 1.50 450.00/hr | 675.00 |
| | Fee & Employment Applications | | | |
| | SUBTOTAL: | | [ 7.70 | 2,035.00] |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 1/19/2016 RG | Prepare and complaint against S. Shirzad and the family trust seeking to avoid and recover fraudulent transfers as to the Encino property.  Draft letter to D. Seror re: same | | 1.60 400.00/hr | 640.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |

David Seror, Chapter 7 Trustee                                                                   Page      9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2016 | RG | Review documents produced by debtor with respect to Encino property and payments made; prepare complaint against S. Shirzad and the family trust | 1.80 400.00/hr | 720.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
| 1/28/2016 | RG | Review issued summons and instructions; prepare list for service and scheduling | 0.20 400.00/hr | 80.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
| 2/12/2016 | RG | Review B. Kurnik letter re: access to property; draft two responses re: same | 0.20 400.00/hr | 80.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
|  | RG | Review S. Baralli letter re: cooperation for showing the property; draft response re: same | 0.20 400.00/hr | 80.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
| 3/9/2016 | RG | Review two letters from S. Bereliani re: settlement agreement with Shirzad; status on settlement with debtor.  Draft two responses re: same | 0.20 400.00/hr | 80.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
| 2/8/2016 | RG | Tel. conference with S. Shirzad re; emergency motion; access to property; possible global settlement | 0.30 400.00/hr | 120.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
| 3/9/2016 | RG | Prepare notice of motion seeking approval of compromise with S. Shirzad | 0.30 400.00/hr | 120.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
| 2/26/2016 | RG | Review 4 letters from L. Cohen and Barenelli re: stipulation on answer and status report; settlement.  Draft responses re: same | 0.40 400.00/hr | 160.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
| 3/2/2016 | RG | Conference with client re: settlement; counter proposal; strategy. Draft letter to S. Barelli and L. Cohen re: settlement; counter proposal | 0.40 400.00/hr | 160.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |
|  | RG | Review 3 letters from S. Bareleni; revise settlement agreement; draft responses re: same | 0.40 400.00/hr | 160.00 |
|  |  | Shirzad Fraudulent Transfer Adversary Proceeding |  |  |

David Seror, Chapter 7 Trustee                                                    Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/26/2016 RG | Review S. Bereliani letter; draft response; tel. conference with Beralini re: representing S. Shirzad; possible resolution; draft letter to client re: same | | 0.50 400.00/hr | 200.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 2/12/2016 RG | Conference with Barallini and L. Cohen re: access to property; global settlement.   Tel. conference with client re: same; strategy | | 0.50 400.00/hr | 200.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 2/22/2016 RG | Conference with Beranalli re: settlement; answer deadline.  Review Shirzad's settlement proposal; review client's response.  Draft letter to Beranelli re: counter settlement proposal; extension | | 0.50 400.00/hr | 200.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 1/26/2016 RG | Review client's letter re: complaint; revise and finalize complaint and declaration; draft letter to client re: strategy | | 0.70 400.00/hr | 280.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 2/23/2016 RG | Conference with L. Cohen and S. Barelli re: settlement; releases. Draft letter to client re: same; strategy.  Review client's response re: same.  Draft letter to L. Cohen and S. Barelli re: settlement terms | | 0.70 400.00/hr | 280.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 3/1/2016 RG | Review 7 letters from S. Berrelli, L. Cohen and Trustee re: global settlement agreement; draft responses re: same.  Tel. conference with L. Cohen re: same; counter offer | | 0.80 400.00/hr | 320.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 3/2/2016 RG | Review 7 letters from client and S. Berrelli re: settlement; counter offer; the 2nd dickens property; value; claims.  Draft responses re: same | | 0.80 400.00/hr | 320.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 3/5/2016 RG | Review three letters from the Trustee and documents as to recorded liens for debtor's residence; draft an extensive letter to L. Cohen setting forth analysis as to the debtor's in laws apparent avoidable lien and proposing counter settlement | | 1.00 400.00/hr | 400.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 1/25/2016 RG | Preparation and revision of pleadings re: complaint seeking to avoid and recover fraudulent transfers, unjust enrichment and seeking to sell Encino property | | 1.20 400.00/hr | 480.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |

David Seror, Chapter 7 Trustee                                                                          Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2016 RG | Prepare settlement agreement with S. Shirzad and Living Trust; draft letter to Barelli re: same | | 1.70 400.00/hr | 680.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 3/9/2016 RG | Prepare motion seeking approval of compromise with S. Shirzad; draft letter to client re: same | | 1.70 400.00/hr | 680.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 6/8/2016 RG | Review various pleadings and documents; prepare settlement agreement with A. Shirzad | | 1.20 400.00/hr | 480.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 6/9/2016 RG | Prepare and revise settlement agreement with A. Shirzad.  Draft letter to J. Williams re: same | | 1.40 400.00/hr | 560.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 4/25/2016 RG | Review Shirzad letter; draft letter to client re: initial settlement payment | | 0.20 400.00/hr | 80.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 5/5/2016 RG | Review Judge Kaufman tentative ruling; draft letter to Barelli and client re: same | | 0.20 400.00/hr | 80.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 5/31/2016 RG | Review Shirzad letter and second settlement payment; draft letter to client re: same | | 0.20 400.00/hr | 80.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 7/1/2016 RG | Review Shirzad letter and third settlement payment; draft letter to client re: same | | 0.20 400.00/hr | 80.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 8/2/2016 RG | Review Shirzad letter re: fourth settlement payment; draft letter to client re: same | | 0.20 400.00/hr | 80.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 9/6/2016 RG | Draft letter to Seror re: 5th settlement payment | | 0.20 400.00/hr | 80.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |

David Seror, Chapter 7 Trustee

Page    12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2016 | RG | Draft letter to S. Shirzad's re: settlement payment; order dismissing adversary proceeding; order approving agreement | 0.20<br>400.00/hr | 80.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| | RG | Review S. Shirzad letter and draft letter to client re: 6th settlement payment | 0.20<br>400.00/hr | 80.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| 4/5/2016 | RG | Prepare notice of hearing on motion and on response to Cook's objection to compromise agreement; draft letter to client re: same. Review Beeliani letter re: same; draft response re: same | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| 4/12/2016 | RG | Draft letter to McFee re: responding to request to continue hearing; tel. message to McFee re: same | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| 4/18/2016 | RG | Review three letters from L. McAfee re: compromise motion and objection; court hearing and proposed continuance. Draft responses re: same | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| 4/20/2016 | RG | Review two letters from Bereliani re: settlement payment; draft responses re: same | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| 5/6/2016 | RG | Preparation of pleadings re: order approving settlement agreement | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| | RG | Preparation of pleadings re: order dismissing adversary proceeding | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| 8/2/2016 | RG | Preparation of pleadings re: notice of motion seeking approval of compromise with the Shirzads | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |
| 8/6/2016 | RG | Review E. Schloss letter re: Dickents property; motion for relief from stay. Draft response re: same; settlement and approved compromise | 0.30<br>400.00/hr | 120.00 |
| | | Shirzad Fraudulent Transfer Adversary Proceeding | | |

David Seror, Chapter 7 Trustee

Page    13

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2016 RG | Review Berrelli 4 letters; prepare and revise settelment agreement; draft 3 letters to Berrelli re: same | | 0.40 400.00/hr | 160.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| RG | Prepare and revise motion seeking approval of settlement agreement and notice of motion; draft 2 letters to client re: same | | 0.50 400.00/hr | 200.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 4/5/2016 RG | Research law in support of compromise agreement to respond to Cook's objection | | 0.60 400.00/hr | 240.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 6/13/2016 RG | Review L. Cohen's letter re: A. Shirzad settlement agreement; draft response re: same.  Revise settlement agreement | | 0.70 400.00/hr | 280.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 8/20/2016 RG | Preparation of pleadings re: declaration and order approving compromise with A. Shirzad and Debtor | | 0.70 400.00/hr | 280.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 5/5/2016 RG | Court Appearance re: motion to approve settlement [telephonically] | | 0.80 400.00/hr | 320.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 4/5/2016 RG | Prepare response to Cook's objection to compromise agreement; draft letter to client re: same | | 1.50 400.00/hr | 600.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |
| 8/2/2016 RG | Preparation of pleadings re: motion seeking approval of compromise with the Shirzads; draft letter to client re: same | | 1.60 400.00/hr | 640.00 |
| | Shirzad Fraudulent Transfer Adversary Proceeding | | | |

SUBTOTAL:                                                                        [      29.50        11,800.00]

For professional services rendered                                        79.10        $30,595.00

Additional Charges :

9/11/2015 PACER                                                                                        1.40

10/1/2015 PHOTOCOPIES                                                                          2.10

David Seror, Chapter 7 Trustee

Page    14

| | Amount |
|---|---|
| 2/16/2016 PHOTOCOPIES | 3.20 |
| PHOTOCOPIES | 3.50 |
| 11/30/2015 PACER | 5.40 |
| 1/15/2016 PACER | 11.80 |
| 10/1/2015 PHOTOCOPIES | 19.70 |
| 1/29/2016 PHOTOCOPIES | 20.40 |
| 2/16/2016 PHOTOCOPIES | 28.40 |
| 1/29/2016 PHOTOCOPIES | 140.00 |
| 12/9/2015 POSTAGE | 0.48 |
| 1/4/2016 POSTAGE | 12.00 |
| 1/19/2016 POSTAGE | 0.49 |
| 1/29/2016 POSTAGE | 0.49 |
| 2/11/2016 POSTAGE | 0.49 |
| 2/8/2016 POSTAGE | 1.94 |
| 12/1/2015 POSTAGE | 1.40 |
| 2/11/2016 POSTAGE | 0.71 |
| POSTAGE | 0.93 |
| 2/1/2016 POSTAGE | 2.78 |
| 12/1/2015 POSTAGE | 1.64 |
| 2/1/2016 POSTAGE | 1.86 |
| 2/8/2016 POSTAGE | 5.58 |
| 1/4/2016 POSTAGE | 7.44 |
| 1/25/2016 POSTAGE | 4.60 |
| 2/8/2016 POSTAGE | 2.74 |
| 1/4/2016 POSTAGE | 2.96 |
| 1/28/2016 POSTAGE | 25.34 |

David Seror, Chapter 7 Trustee

Page     15

| Date | Description | Amount |
|---|---|---:|
| 1/25/2016 | POSTAGE | 6.45 |
| 1/28/2016 | POSTAGE | 6.80 |
| 12/31/2015 | PACER | 0.50 |
| 10/8/2015 | Attorney Service Cost - Court Call fee | 35.00 |
| 12/8/2015 | Attorney Service Cost - COURT CALL | 35.00 |
| 12/9/2015 | Attorney Service Cost COURT CALL | 35.00 |
| 12/14/2015 | Copying cost | 0.30 |
| 9/10/2015 | | 0.40 |
| 12/1/2015 | Copying cost | 1.50 |
| 1/5/2016 | Copying cost | 9.10 |
| | Copying cost | 30.00 |
| 9/11/2015 | | 12.96 |
| 9/30/2015 | | 1.84 |
| 9/11/2015 | | 3.28 |
| | | 3.72 |
| 9/30/2015 | | 3.72 |
| 9/11/2015 | | 2.30 |
| 9/30/2015 | | 2.30 |
| 9/11/2015 | | 2.52 |
| 9/30/2015 | | 2.96 |
| 2/16/2016 | PHOTOCOPIES | 1.50 |
| | PACER | 2.20 |
| | PHOTOCOPIES | 14.80 |
| 3/15/2016 | POSTAGE | 10.67 |
| | POSTAGE | 2.82 |
| | POSTAGE | 5.58 |

David Seror, Chapter 7 Trustee

Page     16

| Date | Description | Amount |
|---|---|---|
| 3/15/2016 | POSTAGE | 2.74 |
| 6/28/2016 | Copying cost | 3.50 |
|  | Copying cost | 3.50 |
| 12/23/2016 | PACER Document View 10.21.16 | 8.50 |
| 2/18/2016 | Attorney Service Cost - COURTCALL | 35.00 |
| 3/1/2016 | LEXIS NEXIS | 183.05 |
| 5/12/2016 | Court Call | 35.00 |
| 3/16/2016 | Copying cost | 86.30 |
| 8/30/2016 |  | 3.56 |
| 10/25/2016 | Copying cost | 0.10 |
| 6/16/2016 | Copying cost | 1.00 |
| 7/18/2016 | Copying cost | 3.10 |
| 5/11/2016 | Copying cost | 3.30 |
| 6/20/2016 | Copying cost | 3.30 |
| 5/11/2016 | Parking expense | 8.60 |
| 6/20/2016 | Copying cost | 9.10 |
| 6/28/2016 | Copying cost | 11.10 |
| 8/22/2016 | Copying cost | 14.30 |
| 8/23/2016 | Copying cost | 14.30 |
| 8/22/2016 | Copying cost | 17.90 |
| 8/23/2016 | Copying cost | 18.00 |
| 6/28/2016 |  | 0.93 |
| 8/4/2016 |  | 10.70 |
| 4/6/2016 |  | 11.52 |
| 5/11/2016 |  | 4.73 |
| 4/6/2016 |  | 2.82 |

David Seror, Chapter 7 Trustee

Page    17

|  |  | Amount |
|---|---|---|
| 8/23/2016 |  | 2.25 |
|  |  | 0.89 |
| 4/6/2016 |  | 1.15 |
| 8/4/2016 |  | 4.71 |
| 8/22/2016 |  | 5.34 |
| 8/23/2016 |  | 5.97 |
| 8/4/2016 |  | 2.41 |
|  |  | 2.41 |
| 8/22/2016 |  | 2.83 |
| 8/23/2016 |  | 3.25 |
| 10/4/2016 | Copying cost | 28.90 |
|  | Copying cost | 36.20 |
| 2/29/2016 | FedEx | 33.60 |
| 8/20/2016 |  | 0.20 |
| 6/28/2016 |  | 0.68 |
| 5/11/2016 |  | 1.10 |
| 8/6/2016 |  | 1.90 |
| 6/20/2016 |  | 2.10 |
| 6/9/2016 |  | 2.70 |
| 4/26/2016 | FedEx | 15.96 |
| 5/31/2016 | FedEx | 16.04 |
| 7/6/2016 | FedEx | 16.07 |
| 9/7/2016 | FedEx | 16.28 |
| 9/13/2016 | FedEx | 16.28 |
| 10/21/2016 | FedEx | 16.28 |
| 8/2/2016 | FedEx | 16.36 |

David Seror, Chapter 7 Trustee                                                          Page    18

                                                                                           Amount

4/25/2016 FedEx                                                                              16.80

8/2/2016 FedEx                                                                               17.22

5/31/2016 FedEx                                                                              16.88

5/16/2016                                                                              NO CHARGE

                                                                                      _____

          SUBTOTAL:                                                            [      1,341.70]

          Asset Analysis & Recovery

2/5/2016 copies                                                                               0.91

11/30/2015 copies                                                                             0.91

1/28/2016 copies                                                                              0.92

12/9/2015 Service Fee - Court Appearance [telephonic]                                        35.00

2/10/2016 Court call                                                                         35.00

                                                                                      _____

          SUBTOTAL:                                                            [        72.74]

          Dneprovsky Adversary Proceeding

3/11/2016 copies                                                                              0.81

5/3/2016 miles traveled                                                                      26.46

6/16/2016 copies                                                                              0.71

8/20/2016 copies                                                                              0.88

                                                                                      _____

          SUBTOTAL:                                                            [        28.86]

          Fee & Employment Applications

9/27/2015 copies                                                                              0.61

12/31/2015 copies                                                                             0.91

1/25/2016 copies                                                                              1.82

3/12/2019 postage                                                                             1.96

          copies                                                                              0.87

David Seror, Chapter 7 Trustee

Page    19

|  |  | Amount |
|---|---|---:|
| 3/8/2019 | copies | 0.94 |
|  | **SUBTOTAL:** | [      7.11] |

Shirzad Fraudulent Transfer Adversary Proceeding

|  |  | Amount |
|---|---|---:|
| 1/19/2016 | copies | 2.34 |
| 3/9/2016 | copies | 0.83 |
| 1/26/2016 | copies | 1.23 |
| 3/14/2016 | copies | 0.82 |
| 8/20/2016 | copies | 0.82 |
| 5/5/2016 | Court Call [telephonically] | 35.00 |
|  | **SUBTOTAL:** | [     41.04] |
|  | Total costs | $1,491.45 |
|  | Total amount of this bill | $32,086.45 |
|  | Balance due | $32,086.45 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**530 S. Hewitt Street #148, Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S GENERAL COUNSEL'S FIRST AND FINAL APPLICATION FOR FEES AND COSTS; DECLARATIONS OF DAVID SEROR AND ROSENDO GONZALEZ IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 13, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Sanaz S Bereliani     berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- Rosendo Gonzalez     rossgonzalez@gonzalezplc.com, rgonzalezatty@ecf.epiqsystems.com;jzavala@gonzalezplc.com
- Nancy L Lee     bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Edward G Schloss     egs2@ix.netcom.com
- David Seror (TR)     aquijano@bg.law, C133@ecfcbis.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Robert P Zahradka     ecfcacb@aldridgepite.com, RPZ@tblaw.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **March 13, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>SEE ATTACHED LIST</u>**

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019 | Jocelyne Zavala | */s/ Jocelyne Zavala* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

P:\home\3569\3569.046.fee application.wpd
3/13/19 RG                                    -22-

**ADDITIONAL SERVICE INFORMATION**

**VIA U.S. MAIL:**

**Debtor**
Pedram Shirzad
14235 Dickens Street, #8
Sherman Oaks, CA 91423

**U.S. Bankruptcy Judge**
The Honorable Victoria S. Kaufman
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

Alia Shirzad
14235 Dickens Street, #8
Sherman Oaks, CA 91423

Leslie S. McAfee, Esq.
Law Office of Leslie S. McAfee
27525 Newhall Road., Ste 8, 2nd Fl.
Valencia, CA 91355

LEA Accountancy, LLP
3435 Wilshire Boulevard
Suite 990
Los Angeles, CA 90010

P:\home\3569\3569.046.fee application.wpd
3/13/19 RG                              -23-